ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| 22nd Century Technologies, Inc. | ) ASBCA No. 63529-ADR |
| | ) |
| Under Contract No. N68335-15-C-0173 | ) |

APPEARANCE FOR THE APPELLANT:      Gale R. Monahan, Esq.,
Natalie M. Seelig, Esq.
  Dentons US LLP
  Dallas, TX

APPEARANCE FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
  DCMA Chief Trial Attorney
Alexander M. Healy, Esq.
Lisa M. Scorsolini, Esq.
  Trial Attorneys
  Defense Contract Management Agency

ORDER OF DISMISSAL

Following a successful mediation at the Board, the terms of the parties' settlement agreement have been consummated. The dispute is now fully settled, and the appeal is dismissed with prejudice.

Dated: January 30, 2025

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63529-ADR, Appeal of 22nd Century Technologies, Inc., rendered in conformance with the Board's Charter.

Dated: January 30, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals